IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, )<br>900 Seventh Street, N.W. )<br>Washington, DC 20001 )<br>         )<br>         Plaintiffs,    )<br>         )<br>    v.    )<br>         )<br>COLMA INVESTORS, L.P., )<br>a California limited liability partnership, )<br>1600 W. Campbell Avenue )<br>Campbell, California 95008 )<br>         )<br>JSM ENTERPRISES, INC., )<br>a California corporation, )<br>1600 W. Campbell Avenue )<br>Campbell, California 95008; )<br>         )<br>AFFORDABLE HOUSING ACCESS, INC., )<br>a California corporation, )<br>4029 Westerly Place )<br>Newport Beach, California 92660 )<br>         )<br>and    )<br>         )<br>JAMES S. MORLEY, )<br>15223 Montalvo Heights Court )<br>Saratoga, California 95070 )<br>         )<br>         Defendants.    )<br>_____ ) | Civil Action No. |

**CERTIFICATE REQUIRED BY LCvR 7.1
OF THE LOCAL RULES OF THE UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, the undersigned, counsel of record for the National Electrical Benefit Fund ("NEBF"), certify that there are no parent companies, subsidiaries or affiliates of the NEBF which have any outstanding securities in the hands of the public. The NEBF is a multi-employer pension plan

under the Employee Retirement Income Security Act of 1974, as amended, (ERISA), 29 U.S.C. § 1001 et seq., sponsored by the International Brotherhood of Electrical workers, a labor organization, and the National Electrical Contractors Association, a national trade association of electrical contractors. Other than the parties, Plaintiff is aware of no corporation, unincorporated association, partnership, or other business entity that has any financial interest in the outcome of this case.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                                        _____
                                                                                        Jennifer Bush Hawkins
                                                                                        (Fed. Bar No. 450103)
                                                                                        Potts-Dupre, Difede & Hawkins, Chtd.
                                                                                        900 Seventh Street, N.W., Suite 1020
                                                                                        Washington, DC 20001
                                                                                        (202) 223-0888
                                                                                        Attorney of Record for the
                                                                                           National Electrical Benefit Fund