IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-02094-RMC |
| | ) | |
| v. | ) | |
| | ) | |
| COLMA INVESTORS, L.P.; | ) | |
| JSM ENTERPRISES, INC.; | ) | |
| AFFORDABLE HOUSING ACCESS, INC.; | ) | |
| and | ) | |
| JAMES S. MORLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, the National Electrical Benefit Fund, by and through counsel, hereby notices dismissal of this action. As grounds for its notice of dismissal, Plaintiff states as follows:

1. Plaintiff filed this action on November 16, 2007.

2. Defendants have not been served with a Summons and Complaint in this action.

3. No Defendant has answered the Complaint or filed a motion for summary judgment.

4. Rule 41 of the Federal Rules of Civil Procedure ("Rule 41") provides that, "an action may be dismissed by the Plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . . ."

5. The Plaintiff may notice dismissal of this action, pursuant to Rule 41(a)(1), because Defendants have not answered the complaint, filed a motion for summary judgment, or entered appearances in this action.

6.	A dismissal by the plaintiff pursuant to Rule 41(a)(1) is without prejudice, unless otherwise stated in the notice.  Fed. R. Civ. Pro. Rule 41(a)(1).

For the foregoing reasons, Plaintiff respectfully requests this Court to enter its Notice of Dismissal and to dismiss this action without prejudice to renewal.

Dated: December 18, 2007

                                          Respectfully submitted.

                                          _____/s/_____
                                          Jennifer Bush Hawkins
                                          Federal Bar No. 450103

                                          POTTS-DUPRE, DIFEDE & HAWKINS, CHTD.
                                          900 Seventh Street, N.W.
                                          Suite 1020
                                          Washington, D.C. 20001
                                          (202) 223-0888

                                           Attorneys for Plaintiff